# United States Court of Appeals for the Federal Circuit

November 9, 2010

**ERRATA**

Appeal No. 2010-1204

CANCER RESEARCH TECHNOLOGY LIMITED
AND SCHERING CORPORATION,
*Plaintiffs-Appellants,*

**v.**

BARR LABORATORIES, INC. AND
BARR PHARMACEUTICALS, INC.,
*Defendants-Appellees.*

Decided:  November 9, 2010
Dissenting Opinion

Please make the following change:

Page 8, line 27, change "differential" to --deferential--.